**Order filed January 6, 2022**



## In The

# Eleventh Court of Appeals

_____

## Nos. 11-21-00145-CR & 11-21-00200-CR

_____

## DANIEL RAY GARCIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause Nos. 19-5086 & 16-4669**

### O R D E R

We have reviewed the "Motion to Recuse the Justices of the 11th Court of Appeals" filed in this cause on December 15, 2021, as it pertains to seeking the recusal of Justice W. Stacy Trotter. Pursuant to Rule 16.3(b) of the Texas Rules of Appellate Procedure, Justice Trotter has considered the motion in chambers. Justice Trotter has found no reason to recuse himself and, pursuant to Rule 16.3(b), has certified the issue to the entire court for a determination by the other justices of

this court.[1]   *See* TEX. R. APP. P. 16.3(b).   Chief Justice John M. Bailey and Justice W. Bruce Williams have decided the matter without Justice Trotter's participation.

The recusal of appellate judges is controlled by Rule 16 of the Texas Rules of Appellate Procedure.   The grounds for recusal of an appellate court justice are provided in the Texas Rules of Civil Procedure.   TEX. R. APP. P. 16.2; *see* TEX. R. CIV. P. 18b.   We find no reason for Justice Trotter to recuse himself and hold that none of the grounds set out in Rule 18b are applicable to Justice Trotter in this case. *See* TEX. R. CIV. P. 18b; *see also Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

The request for the recusal of Justice W. Stacy Trotter is denied.

PER CURIAM

January 6, 2022

Do not publish.   *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
and Williams, J.

Trotter, J., not participating.

---

[1]A copy of Justice Trotter's written certification is attached to this order.